**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DARRELL DRAKE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-1781 (KBJ) |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On December 28, 2016, the parties in this matter filed a joint notice informing the Court that they have reached a settlement.  (ECF No. 8.)  Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated.  (General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson, ECF No. 5, App'x ¶ 7(b).)  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice.  If settlement is not consummated, either party may reopen the action until **February 27, 2017**, upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

Date:  December 29, 2016

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge